SALOMON, Appellant, v. NORTH BRIT-ISH & MERCANTILE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Morris Salomon against the North British & Mercantile Insurance Company of New York. J. R. Schiff, for appellant. C. A. Levy, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 127 N. Y. Supp. 1142.

SAPIRO v. SISLEY. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by S. Stanley Sapiro against Edward J. Sisley. With this case has been consolidated in this court cases bearing titles as follows: Cortlandt P. Meyborg v. George B. Hayes; Louis Brenner v. L. I. R. Co. (122 N. Y. Supp. 274); Harry L. Zimmerly v. Adrian H. Joline et al.; Lillie Budner v. Same; Goodfield Realty Co. v. Sigmund G. Wormser (125 N. Y. Supp. 521); W. F. Powers Co. v. Louis J. Schloss (two cases). No opinions. Applications denied, with $10 costs. Orders signed. See, also, 125 N. Y. Supp. 467.

SAULSON v. FULLER et al. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Appeal from Special Term, New York County. Action by Philip J. Saulson against J. Ensign Fuller and others. From an order granting a motion for inspection and discovery of documents in possession of defendants, they appeal. Modified and affirmed. John T. Easton, for appellants. William M. Parke, for respondent.

PER CURIAM. The order should be modified, so as to provide for an inspection of the contract dated October 6, 1908, and striking out the provisions as to the other contracts contained in the order, and, as so modified, affirmed, without costs.

SCALES, Respondent, v. SCALES, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Annie Scales against Michael Scales. F. A. O'Neill, for appellant. P. J. Walsh, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

SCHENCK CHEMICAL CO., Appellant, v. ANDERSON et al., Respondents. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by the Schenck Chemical Company against David H. Anderson and others. B. B. Goyne, for appellant. E. W. Hatch, for respondents. No opinion. Judgment (121 N. Y. Supp. 838) affirmed, with costs. Order filed.

SCHIEFER v. FREYGANG. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Bertha Schiefer against Minna Freygang. No opinion. Motion denied. Order filed. See, also, 125 N. Y. Supp. 1037; 93 N. E. 1131.

SCHLESINGER, Respondent, v. BEAR, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Baldwin Schlesinger, as executor, against Phil Bear, impleaded with others. H. Nathan, for appellant. C. Strauss, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 126 N. Y. Supp. 1145.

SCHLITZ, Appellant, v. SCHELLER, Respondent. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Magdalena Schlitz, as administratrix, etc., against Hugo Scheller. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

SCHMIDT, Respondent, v. HONEBEIN, Appellant. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by Theodore Schmidt against Charles G. Honebein. No opinion. Judgment of the Municipal Court modified, by reducing the recovery to the sum of $104.50, with interest, and, as so modified, affirmed, without costs.

SCHMITZ, Respondent, v. PROSER, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Val. M. Schmitz against Charles Proser, sued herein as "John Doe." No opinion. Order affirmed on argument, with $10 costs and disbursements. See, also, 125 N. Y. Supp. 1143.

SCHNETZER, Respondent, v. SCHNETZER, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Mamie Schnetzer against Katie Schnetzer. No opinion. Judgment of the Municipal Court modified, with stipulation of counsel, so as to fix the value of the chattels in question at the sum of $114, and, as modified, affirmed, with costs.

SCHOONMAKER, Respondent, v. GREGORY et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Ephraim D. Schoonmaker against John N. Gregory and another. No opinion. Judgment and order unanimously affirmed, with costs.

SCHORR, Respondent, v. FRAWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Jacob Schorr against Patrick J. Frawley. No opinion. Motion denied, on condition that the appellant pay the respondent $10 costs, perfect his appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

SCHULLER, Appellant, v. TODARO, Respondent, et al. (Supreme Court, Appellate